**Sara Esther RAMOS VASQUEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–2743.

United States Court of Appeals, Eighth Circuit.

Submitted: March 3, 2011.

Filed: March 9, 2011.

Jonathan Willmoth, Illmoth Immigration Law, LLC, Kansas City, MO, for Petitioner.

Sada Manickam, Pegah Vakili, Karen Yolanda Drummond, Richard M. Evans, U.S. Department of Justice, Washington, DC, Lori Scialabba, U.S. Department of Justice, Executive Office for Immigration Review, Office of General Counsel, Falls Church, VA, for Respondent.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Guatemalan citizen Sara Esther Ramos Vasquez petitions for review of an order of

---

the Board of Immigration Appeals (BIA) affirming an immigration judge's denial of her application for cancellation of removal. We lack jurisdiction to review the discretionary determination that Ramos Vasquez failed to show her removal would result in exceptional and extremely unusual hardship to her children who were United States citizens. *See Zacarias–Velasquez v. Mukasey,* 509 F.3d 429, 434 (8th Cir.2007). We also lack jurisdiction to consider Ramos Vasquez's assertion that the impact of her health problems was ignored, because she did not exhaust this issue before the BIA. *See Sultani v. Gonzales,* 455 F.3d 878, 884–85 (8th Cir.2006). Accordingly, we dismiss the petition.